**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**NORTHERN DIVISION**

| | |
|---|---|
| GEOVANNI BAHENA FIGUEROA<br><br>Plaintiffs,<br><br>v.<br><br>DESIGNS FOR HEALTH, INC.<br><br>Defendant. | Case No. 1:26-cv-00062<br><br>Judge Joan H. Lefkow |

**DEFENDANT'S MOTION TO DISMISS**

Defendant Designs for Health, Inc. ("Designs for Health" or "Defendant"), by its undersigned counsel, respectfully moves this Court pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Plaintiff's Complaint with prejudice and entering judgment in favor of Designs for Health. In support of this Motion, Defendant submits a memorandum of law herewith.

Dated: June 1, 2026

Respectfully submitted,

*/s/ Joshua Concannon*

Joshua Concannon
Dentons US LLP
233 S Wacker Drive, Suite 5900
Chicago, IL 60606
Tel: (312) 876-8919
joshua.concannon@dentons.com
*Counsel for Defendant Designs for Health, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

*/s/ Joshua B. Concannon*
Joshua B. Concannon